**Kenric Eric Johnson**

**2262 Rosemore Walk**

**Marietta, GA 30062**

**Case number 24-55905**

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
2:00 pm
JUN 1 0 2024
By: _____
Deputy Clerk

## LIST OF CREDITORS

1. KIKOFF LENDING LLC
   200 SOUTH VIRGINIA AVE, SUITE
   RENO, NV 89501

2. JPMCB CARD SERVICES
   PO BOX 15369
   WILMINGTON, DE 19850-5369

3. NAVY FEDERAL CU
   ONE SECURITY PLACE
   MERRIFIELD, VA 22119

4. WELLS FARGO CARD SER
   CREDIT BUREAU DISPUTE RESOLUTI
   DES MOINES, IA 50306

5. REGIONS BANK
   2050 PARKWAY OFFICE CIRCLE
   HOOVER, AL 35244

6. EXCEL FEDERAL CREDIT
   5070 PEACHTREE INDUSTRIAL BLVD
   PEACHTREE CORNERS, GA 30071

7. IH2 Property LP GA
   Invitation Homes
   1717 Main Street, Suite 2000, Dallas, TX, 75201